**UNITED STATES DISTRICT COURT**
PROBATION OFFICE
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| **SUSAN M. SMALLEY, ESQ.**<br>CHIEF U.S. PROBATION OFFICER<br><br>**SUZANNE GOLDA-MARTINEZ**<br>SUPERVISING U.S. PROBATION OFFICER<br><br>**ELISA MARTINEZ**<br>SUPERVISING U.S. PROBATION OFFICER | May 11, 2020 | **U.S. COURTHOUSE**<br>**50 WALNUT ST.**<br>**ROOM 1001**<br>**NEWARK, NJ  07102**<br>**(973) 645-6161**<br>**FAX: (973) 645-2155**<br><br>www.njp.uscourts.gov |

The Honorable Esther Salas
United States District Judge
Martin Luther King Jr.
Federal Building & U.S. Courthouse
Newark, New Jersey 07102

                                                **RE: Sales, Luther**
                                                **Docket No.: 2:14CR00705-01**
                                                **REPORT ON OFFENDER**
                                                **UNDER SUPERVISION**

Dear Judge Salas:

On August 4, 2015, the above-referenced was sentenced by Your Honor to five (5) years' probation for Theft of Government Property. Sales was ordered to pay a $100 special assessment, $85,061.50 in restitution, and abide by the special condition of no new debt. Supervision commenced on that same day.

Sales resides in Newark, New Jersey with his spouse and is currently receiving social security benefits. Sales remained arrest free and is cooperative with the probation office. He is compliant with his restitution payments.

**The offender's supervision is due to expire** *on August 3, 2020,* **with an outstanding restitution balance of $***1,349*. The Financial Litigation Unit of the United States Attorney's Office was notified of the expiration of supervision and has a standing order for garnishment of the offender's earnings and all future income tax refunds via the Treasury Offset Program (TOP). This Office recommends the supervision term be allowed to expire as scheduled since the restitution order remains imposed as a final judgment, pursuant to Title 18, U.S.C., Sections 3554 & 3613.

Should the Court agree with our recommendation, we respectfully request that Your Honor review and sign the attached Probation Form 12A. Should Your Honor wish to discuss this matter, the undersigned probation officer can be reached at (973) 445-8519.

                                                Respectfully submitted,

                                                SUSAN M. SMALLEY, Chief
                                                U.S. Probation Officer

                                                *Elisa Martinez*/km

                                                By: Elisa Martinez
                                                    Supervising U.S. Probation Officer

/km

lPROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Luther Sales                                                                                      Cr.: 14-00705-001
                                                                                                                                       PACTS #: 982811

Name of Sentencing Judicial Officer:    THE HONORABLE ESTHER SALAS
                                                                     UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 08/04/2015

Original Offense:    Theft of Government Property, 18 U.S.C. § 841 and 2

Original Sentence: 60 months' probation

Special Conditions: Restitution, No New Debt/Credit,

Type of Supervision: Probation                                               Date Supervision Commenced: 08/04/2015

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Failure to Satisfy Restitution |

U.S. Probation Officer Action:

Throughout his term of probation, Sales as paid $83,712.50 towards his restitution. His supervision is due to expire on August 3, 2020, with an outstanding restitution balance of $1,349. The Financial Litigation Unit of the United States Attorney's Office was notified of the expiration of supervision and has a standing order for garnishment of his earnings and all future income tax refunds via the Treasury Offset Program (TOP). This Office recommends the supervision term be allowed to expire as scheduled since the restitution order remains imposed as a final judgement, pursuant to Title 18, U.S.C., Sections 3554 & 3613

                                                                                                   Respectfully submitted,

                                                                                                   *Elisa Martinez/km*

                                                                                              By:  Elisa Martinez
                                                                                                     Supervising U.S. Probation Officer
                                                                                              Date:  05/11/2020

Prob 12A – page 2
Luther Sales

---

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[x] Allow Supervision to Expire as Scheduled on August 3, 2020 (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Hon. Esther Salas, U.S. D.J.
Signature of Judicial Officer

          5/13/2020
_____
                Date